IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

SAID AZZAM MOHAMAD RAHIM

NO.  3:17-mj-171

## MOTION FOR DETENTION

The United States moves for detention of defendant, **Said Rahim**, pursuant to 18 U.S.C. §3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_\_ 10 + year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    __x__ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_\_ Felony involving a minor victim

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other

       dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

    \_\_\_\_ Petition for Supervised Release Revocation was filed

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    <u> x </u>  Defendant's appearance as required

    <u> x </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

    <u>     </u>  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

    <u>     </u>  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    <u>     </u>  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    <u>     </u>  Previous conviction for "eligible" offense committed while on pretrial bond

    <u>     </u>  Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    <u>  x  </u>  At first appearance

    <u>     </u>  After continuance of <u>     </u> days (not more than 3).

DATED this <u> 6th </u> day of <u> March </u>, 2017.

**Motion for Detention - Page 2**

       Respectfully submitted,

       JOHN R. PARKER
       UNITED STATES ATTORNEY


       _/s/ Errin Martin_____
       ERRIN MARTIN
       Assistant United States Attorney
       Bar No. 24032572
       1100 Commerce Street, Third Floor
       Dallas, Texas  75242
       Telephone: 214-659-8838
       Facsimile: 214-767-4104
       Email: Errin.Martin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this  6th  day of  March , 2017.

       ___/s/ Errin Martin_____
       ERRIN MARTIN
       Assistant United States Attorney