**SEALED**

# United States District Court
# Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 MAR -7 PM 1: 53

DEPUTY CLERK_____

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

SAID AZZAM MOHAMAD RAHIM

CASE NUMBER: 3-17-MJ- 171 BK

To: The United States Marshal and any Authorized United States Officer:

YOU ARE HEREBY COMMANDED to arrest Said Azzam Mohamad Rahim. and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

Making a False Statement to an Agent with the Federal Bureau of Investigation

in violation of Title 18, United States Code, Section (s)1001.

RENEE HARRIS TOLIVER
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

3/6/2017 Dallas, TX
Date and Location

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |
| |

| DATE RECEIVED 3/6/17 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/5/17 | Dwayne Golumb, SA, FBI | |

FIO# 10275032